UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 2:24-cr-104-SPC-KCD

JAVIER CHAVEZ

## **PRELIMINARY ORDER OF FOREFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 45). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting in an **Apple iPhone 14 Pro Max, Serial Number: G0W4KGPKPY**. *See* 18 U.S.C. §§ 1467 and 2428; Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above asset to the crime(s) of conviction. The Court thus finds the United States is entitled to possession of the asset.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 45) is **GRANTED**.

1. The asset is **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. §§ 1467 and 2428 and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on February 21, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record