UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:24-cr-104-SPC-KCD

JAVIER CHAVEZ

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 55). The Government seeks to have forfeited an **Apple iPhone 14 Pro Max, Serial Number: G0W4KGPKPY** ("**Asset**"), which were subject to the Court's February 21, 2025 Preliminary Order of Forfeiture. (Doc. 50). Although the Government gave proper notice, no third parties have petitioned for the Asset, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Asset to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 55) is **GRANTED**.

1. Defendant's interest in the **Apple iPhone 14 Pro Max, Serial Number: G0W4KGPKPY** is **CONDEMNED** and **FORFEITED** to

the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Asset is now **VESTED** in the United States.

**DONE** and **ORDERED** in Fort Myers, Florida, on May 1, 2025.

*[Signature]*
**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies:   All Parties of Record